United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **BINIYAM ALEMU GEBREMESKEL,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00086** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Biniyam Alemu Gebremeskel's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Respondents submitted an advisory, (Dkt. 43), on June 23, 2026, indicating that DHS intended to effectuate Petitioner's removal and provided the Court with five days' notice.

Accordingly, Respondents are hereby **ORDERED** to advise the Court as to whether Petitioner has been removed from the United States or remains in ICE custody by **July 1, 2026**.

IT IS SO ORDERED.

SIGNED this June 29, 2026.

Diana Saldaña
United States District Judge

1 / 2