United States District Court
Southern District of Texas
**ENTERED**
July 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **BINIYAM ALEMU GEBREMESKEL,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00086** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner Biniyam Alemu Gebremeskel's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Respondents submitted an advisory, (Dkt. 45), on June 30, 2026, indicating that Petitioner was removed from the United States on a flight via Ethiopian Airlines that same day. In their advisory, Respondents also requested leave from the Court to file an updated motion to dismiss the petition as moot.

Accordingly, Respondents are hereby **GRANTED LEAVE** to file an updated motion to dismiss by **July 7, 2026**. Petitioner may file a response by **July 10, 2026**.

IT IS SO ORDERED.

SIGNED this July 1, 2026.

Diana Saldaña
United States District Judge

1 / 1